```
                UNITED STATES DISTRICT COURT
                 SOUTHERN DISTRICT OF TEXAS
                       MC ALLEN DIVISION


UNITED STATES OF AMERICA,    )   CASE NO:  7:16-CR-01612-1
                             )
          Plaintiff,         )        CRIMINAL
                             )
    vs.                      )      McAllen, Texas
                             )
JESUS MURILLO,               )   Monday, December 19, 2016
                             )   (2:00 p.m. to 2:02 p.m.)
          Defendant.         )
```

HEARING RE REARRAIGNMENT

BEFORE THE HONORABLE MICAELA ALVAREZ,
UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| Appearances: | See Next Page |
| Court Recorder: | Candy Jones |
| Transcribed by: | Exceptional Reporting Services, Inc.<br>P.O. Box 18668<br>Corpus Christi, TX 78480-8668<br>361 949-2988 |

**THIS TRANSCRIPT HAS BEEN FURNISHED AT PUBLIC EXPENSE UNDER THE CRIMINAL JUSTICE ACT AND MAY BE USED ONLY AS AUTHORIZED BY COURT ORDER. UNAUTHORIZED REPRODUCTION WILL RESULT IN AN ASSESSMENT AGAINST COUNSEL FOR THE COST OF AN ORIGINAL AND ONE COPY AT THE OFFICIAL RATE. General Order 94-15, United States District Court, Southern District of Texas.**

Proceedings recorded by electronic sound recording; transcript produced by transcription service.

**APPEARANCES FOR:**

Plaintiff:                    ROBERTO LOPEZ, JR., ESQ.
                              Assistant United States Attorney
                              1701 W. Business Hwy. 83
                              Suite 600
                              McAllen, TX 78501

Defendant:                 CHRISTOPHER SULLY, ESQ.
                              For ALEJANDRO BALLESTEROS, ESQ.
                              Ballesteros Gonzalez Law Firm, PLLC
                              3900 N. Tenth Street, Suite 980
                              McAllen, TX 78501

U.S. Probation Office:    Evan Cisneros
                              1701 W. Business Hwy. 83
                              Suite 729
                              McAllen, TX 78501

1     **McAllen, Texas; Monday, December 19, 2016; 2:00 p.m.**

2                          **(Call to order)**

3          **THE COURT:** Let me call first of all Case Number 16-
4  1612 as to Jesus Murillo.
5          **MR. LOPEZ:** Government's present, your Honor,
6  Bobby --
7          **MR. SULLY:** Good afternoon, your Honor, Chris --
8          **MR. LOPEZ:** -- Lopez on behalf of the Government.
9          **MR. SULLY:** -- Sully.  If I may stand in with the
10 Court's permission for Alex Ballesteros.
11         **THE COURT:** I understand Mr. Ballesteros had some
12 difficulty with air (indiscernible)
13         **MR. SULLY:** Correct, your Honor.
14         **THE COURT:** The Government has asked for a
15 continuance, and I have no problem granting it.  The issue is I
16 think we had set this for today because Mr. Ballesteros was
17 going to be out when we originally had it scheduled.  And I
18 understand the Government's saying they just need maybe a
19 couple of weeks, but that would put us right back where we were
20 originally scheduled.  So do you -- Mr. Sully, do you have any
21 idea of Mr. Ballesteros's availability soon thereafter?
22         **MR. SULLY:** As far as his availability, your Honor,
23 he indicated he's available pretty much any time except between
24 the 25th and January 3rd.  As far as when he can be here as far
25 as the other issue that (indiscernible)

1  **MR. LOPEZ:** I anticipate actually getting that
2  information this afternoon and --
3  **THE COURT:** Because originally I think we were set
4  for that time period when he's expected to be out, so we can I
5  guess set it for after the 23rd then -- I mean, excuse me, for
6  after the 3rd, not the 23rd, so after the 3rd. Does that
7  information in any way impact as far as the codefendant that we
8  set for today --
9  **MR. LOPEZ:** No.
10 **THE COURT:** -- Marella --
11 **MR. SULLY:** No, it does not.
12 **THE COURT:** Okay, all right, then we'll -- I'll grant
13 the continuance as to Jesus -- as to Mr. Murillo here.
14 Ms. Belmares, then what date for -- I think sometime after the
15 3rd of January.
16    **(Judge/Clerk confer)**
17 **THE COURT:** We'll set him for January the 4th at 9:00
18 a.m. Is there anything else at this time?
19 **MR. SULLY:** No, your Honor, I'll inform
20 Mr. Ballesteros.
21 **THE COURT:** All right, thank you.
22 **MR. SULLY:** Thank you, your Honor.
23 **THE COURT:** Thank you, you may be excused.
24    **(This proceeding was adjourned at 2:02 p.m.)**
25

CERTIFICATION

I certify that the foregoing is a correct transcript from the electronic sound recording of the proceedings in the above-entitled matter.

_____    August 30, 2017_

TONI HUDSON, TRANSCRIBER